| Date | Pleading Number | |
|------|------|------|
| 9/25/75 | 1 | MOTION & BRIEF -- Defendant EASTERN AIR LINES, INC. to transfer actions for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 |
| | | SUGGESTED TRANSFEREE FORUM:  Eastern District of New York |
| 10/2/75 | 2 | AFFIDAVIT -- on behalf of plaintiffs NORMAN and D'AMELIO w/cert. of serv. |
| 10/3/75 | 3 | RESPONSE -- ESTRATIOS STRATIS w/cert. of service |
| 10/6/75 | 4 | AMENDMENT TO MOTION -- Movant Eastern Air Lines to add B-1 through B-15 |
| 10/7/75 | 5 | RESPONSE -- 17 NEW YORK PLAINTIFFS REPRESENTED BY KREINDLER w/ cert of service |
| 10/6/75 | | APPEARANCES -- EASTERN AIR LINES, Walter E. Rutherford, THE BOEING CO. |
| | | Keith Gerrard, U.S.A., NTSB, Herbert Lyons, Esq., |
| | | JOHN DISPENZA, Dennis A. Pennington, Esq., |
| | | ERNEST GLENN WINBOURNE, ETC., Manuel A. Fernandez |
| | | BERLIN LADNER, ETC., Norman Breland |
| | | NORMAN AND D'AMELIO, Frank H. Granito, Jr., Esq. |
| | | ROSEMARY W. MACCARTHY, William F. X. Geoghan, Jr., |
| | | EFSTRATIOS, STRATIS, Michael R. Silberstein |
| | | ARTHUR AND NANCY MARCHESI, F. Lee Bailey, |
| | | GRIGORIOS GEORGAKIS, Gordon J. Lang |
| | | J. R. AND JEANETTE M. CASATA and 17 other Plaintiffs |
| | | Milton G. Sincoff, Esq., ANN TOBACK, Douglas Horn |
| 10/9/75 | | HEARING ORDER setting A-1 through B-15 for oral hearing October 29, 1975 Orlando, Florida |
| 10/9/75 | 6 | RESPONSE & BRIEF -- The Boeing Company w/service list |
| 10/10/75 | 7 | RESPONSE -- Pltf. Berlin Ladner w/cert. of service |
| 10/10/75 | 8 | RESPONSE -- United States w/cert. of service |
| 10/14/75 | 9 | RESPONSE -- ARTHUR MARCHESI AND NANCY MARCHESW w/cert. of service |
| 10/14/75 | | APPEARANCES -- Hermann J. Galley, Esq. for Nancy Marchesi and Arthur Marchesi |
| 10/15/75 | 10 | RESPONSE/SUPPLEMENTAL MOTION TO ADD ACTIONS   C1 through C-6 -- PLAINTIFFS LEPETIT, DAROCHA, SCHOENBERGER, DOMANGUE, BOYER AND BOYCE w/cert. of service |
| 10/15/75 | 11 | RESPONSE -- Plaintiff DAROCHA w/cert. of service |
| 10/16/75 | 12 | AMENDMENT TO MOTION -- EASTERN AIR LINES, INC. to include D-1 through D-6 |
| 10/16/75 | 13 | AFFIDAVIT of Michael J. Meunier, Jr. on behalf of Boyer plaintiffs no service indicated |
| 10/17/75 | | APPEARANCES -- JACK H. OLENDER for CHAKALAKIS PLAINTIFFS |
| | | STANLEY LEVY, ESQ. FOR BARD, KRAUD, REED, GILDAY AND ORPHAN L'ESPERANCE AND HAKE |
| 10/17/75 | | APPEARANCES --JIMMY D. MCGUIRE, ESQ. FOR ESTATE OD COYCE MAY SEALS OLSON |
| 10/17/75 | 14 | AFFIDAVIT on behalf of RICHARD PAIGE no service indicated. |
| 10/17/75 | | AMENDMENT TO HEARING ORDER to add C-1 through C-6 and D-1 through D-6 Notified counsel  and add the E.D. of La. as suggest dist. |
| 10/17/75 | 15 | AFFIDAVIT -- Withdrawing Response No. 7 on Behalf of BERLIN LADNER . ANBXXBXXBXXBXXBXXXBXXXBX And joining the E.D. La. plaintiffs response |
| 10/20/75 | 16 | REPLY -- NINETEEN NEW YORK PLAINTIFFS REPRESENTED BY KREINDLER & KREINDLEI |
| 10/20/75 | | LETTER -- REMOVING C-6 Boyce v. Eastern, 73-3066 from motion/brief Number 10 as a unrelated action. |
| 10/21/75 | 17 | AFFIDAVIT w/letter on behalf of ARTHUR JACOBSON |
| 10/23/75 | 18 | RESPONSE -- REPLY -- EASTERN AIRLINES w/cert. of service |
| 10/24/75 | | ORDER -- DELETING  C-6 from matters set for hearing  on Oct. 29, 1975 |
| 10/29/75 | 19 | AFFIDAVIT on behalf of JOSEPH DISPENSA w/cert. of service |
| | | |

| Date | Pleading Number | |
|------|------|---|
| 10/24/75 | 19A | RESPONSE -- NINETEEN NEW YORK PLAINTIFFS w/cert. of service |
| 10/24/75 | 20 | RESPONSE -- SEALS w/cert. of service |
| 10/31/75 | | APPEARANCE -- SIDNEY C. SCHOENBERGER, ETC., Kevin C. SChoenberger, Esq. |
| 10/29/75 | 21 | AFFIDAVIT on behalf of ANN BRADFORD CALVIT |
| 10/16/75 | | APPEARANCE -- MILLARD E. BOYER ET AL.  Marcel J. Muenier, Jr., Esquire |
| 2/4/76 | | CONSENT OF EASTERN DISTRICT OF NEW YORK -- FOR JUDGE BRAMWELL TO HANDLE LITIGATION IN EASTERN NEW YORK UNDER 28 U.S.C. §1407 |
| 2/4/76 | | OPINION AND ORDER -- Transferring A-1 through A-11 and B-1 through B-15 and C-1 through C-5 and D-1 through D-6 to the Eastern District of New York under section 1407 for assignment to Judge Henry Bramwell (32 transfers) |
| 2/11/76 | | WESTERN DISTRICT OF LOUISIANA |
| | | Ann Donnally Bradford Calvit, et al. v. Eastern Airlines, CI75-1294 |
| | | Marguetire Duardi Jacobson, et al. v. Eastern Airlines, et al., CI75-1283 |
| | | Alice Hargrove Young, et ux. v. Eastern Airlines, Inc., CI75-1284 |
| | | Robert F. Mahfoud, et al. v. Eastern Airlines, Inc., CI75-1292 |
| | | EASTERN DISTRICT OF LOUISIANA |
| | | Amelie Landry Walmsley, et al. v. Eastern Airlines, 76-183 |
| | | Arlene Ann Thrun Drapanas, etc. v. Eastern Airlines, Inc., et al., 75-3428 |
| | | Norma V. Del Valle Da Rocha, etc. v. Eastern Airlines, et al., 75-3517 |
| | | Peter Joseph Caldarea, Jr., v. Eastern Airlines, 75-3921 |
| | | SOUTHERN DISTRICT OF NEW YORK |
| | | Silvia Lois Silvia, v. Eastern Airlines, 75 Civ 5375 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY (2/11/76)  Notified counsel involved judges |
| 2/19/76 | | NELLIE CURTIS PAGE, ETC V. EASTERN AIRLINES, INC. E.D. LA. 76-150 |
| | | CTO MAILED TODAY COPY SENT TO JUDGES INVOLVED |
| 2/26/76 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY:  Notified transferee judge transferee clerk, involved judges and clerks. (See list) |
| | | WESTERN DISTRICT OF LOUISIANA |
| | | Ann Donnally B. Calvit, et al. v. Eastern, CI75-1294 |
| | | JACOBSON v. Eastern, CI75-1284 |
| | | Young, et ux v. Eastern, CI75-1292 |
| | | Mahford  v. Eastern, CI75-1292 |
| | | EASTERN DISTRICT OF LOUISIANA |
| | | Wamsley v. Eastern 76-183 |
| | | Drapanas v. Eastern 75-3428 |
| | | Del Valle Da Rocha v. Eastern, 75-3517 |
| | | Caldarea v. Eastern, 75-3921 |
| | | SOUTHERN DISTRICT OF NEW YORK |
| | | Silvia v. Eastern, 75 Civ. 5375 |
| 3/5/76 | | NELLIE CURTISPAGE  ETC V. EASTERN AIRLINES INC. E.D. LA 76-150 |
| | | CTO FINAL TODAY. NOTIFIED CLERKS AND INVOLVED JUDGES |
| 3/8/75 | | MARIANNE K. DAVIS V. EASTERN AIRLINES S.D.NY    75-6241 |
| | | EDGAR A. G. BRIGHT V. EASTERN ARILINES E.D. LA. 76-0236 |
| | | MAUNSEL W. HICKEY V. EASTERN AIRLINES   E.D. LA. 76-0237 |
| | | GEORGE J. CAPIELLO V. EASTERN AIRLINES E.D. Penn. 76-81 |
| | | GEROGE J. CAPIELLO V. EASTERN AIRLINES E.D. Penn.  76-80 |
| | | CTO FILED TODAY. NOTIFIED INVOLVED JUDGES AND COUNSEL |
| 3/10/76 | | ORDER -- Correcting civil action no on Caldarea conditional transfer order to read 75-3521 instead of 75-3921.  CTO was filed Feb. 11, 1976 and finaled on Feb. 26, 1976. |
| | | Notified clerks |

| Date | Pleading Number | |
|---|---|---|
| 3/16/76 | | ALFREDA WHITE GEHRKIN, ET AL. V. EASTERN AIRLINES E.D. La. 76-631 |
| | | CTO FILED TODAY. Notified Counsel and involved judges. |
| 3/22/76 | | MARIANNE K. DAVIS V. EASTERN AIRLINES S.D. NY 75-6241 |
| | | EDGAR A. G. BRIGHT V. EASTERN AIRLINES E.D. LA. 76-0236 |
| | | MAUNSEL W. HICKEY V. EASTERN AIRLINES E.D. LA. 76-0237 |
| | | GEROGE J. CAPIELLO V. EASTERN AIRLINES E.D.PENNA. 76-81 |
| | | GEORGE J. CAPIELLO V. EASTERN AIRLINES E.D.PENNA. 76-80 |
| | | CTO FINAL TODAY. NOTIFIED CLERKS AND INVOLVED JUDGES. |
| 3/26/76 | | HAROLD H. STREAM II, ET UX. V. EASTERN AIRLINES, INC. ET AL. |
| | | E.D. LOUISIANA, CIVIL ACTION NO. 76-810 |
| | | CTO filed today notified counsel and judges involved |
| 3/31/76 | | ALFREDA WHITE GEHRKIN, ET AL. V. EASTERN AIRLINES E.D. LA. 76-631 |
| | | CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS, JUDGES. |
| 4/1/76 | | NELL B. NOLAND ET AL V. EASTERN AIRLINES, INC., M.D. LOUISIANA, |
| | | CIVIL ACTION NO. 76-58 |
| | | CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS, JUDGES. |
| 4/8/76 | | MIRIAN VIOSCA ET AL. V. EASTERN AIRLINES INC. ET AL. E.D. LA. 76918 |
| | | CTO filed today. notified involved counsel and judges |
| 4/12/76 | | HAROLD H. STREAM II, ET UX. V. EASTERN AIRLINES, INC. E.D. LA. 76-810 |
| | | CTO final today. notified involved clerks and judges. |
| 4/14/76 | | JACK HERBERT PORCHE ET AL. V. EASTERN AIRLINES INC. ET AL. E.D. LA. |
| | | CA No. 76-1021-SEC.D |
| | | MRS. MARCELLE BARON, ET AL. V. EASTERN AIRLINES INC. ET AL. E.D. LA |
| | | CA No. 76-1022 SEC. F |
| | | CTO filed today. notified involved counsel and judges |
| 4/19/76 | | NELL B. NOLAND ET AL. V. EASTERN AIRLINRES INC. ET AL. M.D.LA. 76-58 |
| | | CTO FINAL TODAY. Notified involved judges and counsel. |
| 4/23/76 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. Notified Clerks, Involved |
| | | Judges (E-18) VIOSCA V. EASTERN, E.D.LOUISIANA, 76-918 |
| XX28X78XX | XXXXX | XXJACKXHERBERTXPORCHEXETXALXXXXEASTERN |
| | | EASTERN DISTRICT OF LOUISIANA |
| 4/30/76 | | JACK HERBERT PORCHE ET AL. V. EASTERN AIRLINES INC. ET AL. 76-1021SEC-D |
| | | MRS. MARCELLE BARON ET AL. V. EASTERN AIRLINES. ET AL. 76-1022SEC-F |
| | | CTO FINAL TODAY. Notified involved clerks. and judges |
| 4/30/76 | | PATRICIA A. DERUDDER ET AL. V. EASTERN AIRLINES INC. S.D.Indiana IP76-132 |
| | | CTO FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES |
| 5/10/76 | | (E-22)  JANINE MILLAS V. EASTERN AIRLINES, INC., ET AL., E.D.LA, 76-1209 |
| | | CTO filed today.  Notified counsel, involved judges |
| 5/17/76 | = | PATRICIA A. DeRUDDER ET AL. V. EASTERN AIRLINES ET AL. S.D. Indi IP76-132 |
| | | CTO FINAL TODAY NOTIFIED INVOLVED CLERKS AND JUDGES |
| 5/17/76 | | JOSEPH ANDRE V. EASTERN AIRLINES ET AL. N.D.La. 76-123 |
| | | PAUL MCLIN ET AL. V. EASTERN AIRLINES ET AL. M.D. LA 76-124 |
| | | CTO"S FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES |
| 5/26/76 | | (E-22)  JANINE MILLAS V. EASTERN AIRLINES, INC., ET AL.  E.D. LA 76-1209 |
| | | CTO Final today. Notified involved clerks and judges |
| 5/28/76 | | (E-25)  MICHAEL LEE VAN WINKLE V. EASTERN, E.D.LA., C.A.NO. 76-1208 B |
| | | CTO filed today.  Notified counsel, involved judges |
| 6/1/76 | | E-23  JOSEPH ANDRE V. EASTERN AIRLINES ET AL M.D. LA. 76-123 |
| | | E-24  PAUL MCLIN ET AL V. EASTERN AIRLINES ET AL M.D. LA 76-124 |
| | | CTO FINAL TODAY. Notified involved clerks and judges |

| Date | Pleading Number | |
|------|------|------|
| 6/14/76 | | CTO FILED TODAY. NOTIFIED COUNSEL, INVOLVED JUDGES |
| | | C-26 Hedrick, etc. v. Eastern, E.D. La., 76-1528 Sec. C |
| | | C-27 Vaughan v. Eastern Airlines E.D. La., 76-1541- Sec. I |
| | | C-28 Counts v. Eastern Air Lines, E.D. La., 76-1617 Sec. B |
| | | C-29 Lindsay v. Kleven, E.D. La., 76-1605-Sec. B |
| 6/14/76 | (E-25) | MICHAEL LEE VAN WINKLE, ET AL V. EASTERN AIRLINES INC |
| | | ET AL. E.D. LA. CIVIL ACTION NO. 76-1208-Sec. B |
| | | CTO Final today. Notified involved clerks and judge |
| 6/28/76 | | E-29 -- DONALD G. LINDSAY, ETC. V. CHARLOTTE E. KLEVEN, E.D. LA, 76-1605 |
| | | NOTICE OF OPPOSITION -- Plaintiff Lindsay. Notified involved judges |
| | | and counsel |
| 6/30/76 | | E-26 -- Hedrick etc. v. Eastern Airlines E.D. La. 76-1528 |
| | | E-27 Vaughan v. Eastern Airlines E.D. La. 76-1541 Sec. I |
| | | E-28 -- COUNTS, Etc. v. Eastern Airlines E.D. La. 76-1617 Sec. B |
| | | ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ CTO's final today. Notiifed Involved Clerks and |
| | | Judges |
| 7/9/76 | 22 | MOTION & BRIEF TO VACATE CTO (E-29) -- Plaintiff Lindsay w/cert. of |
| | | service |
| 7/22/76 | | E-30 -- JOSEPH DISPENZA ETC, V. U.S.A. M.D. LA. 76-183 |
| | | E-31 -- MARY E. GUERIN ETC. V. U.S.A. S.D. Fla. 76-691-CIV-JLK |
| | | E-32 -- RONALD DAVIS VAUGHAN V. U.S.A. E.D. La. 76-1856 B |
| | | E-33 -- OLIN CORPORATION V. EASTERN AIRLINES ET AL. W.D. LA. CV76-0646 |
| | | E-34 -- OLIN CORPORATION V. EASTERN AIRLINES ET AL. W.D. La. 76-0700 |
| | | E-35 -- WILSON ARBO V. THE BOEING COMPANY ET AL. W.D. La. 76-0662 |
| | | E-36 -- MARIE CHAVEZ ANDRE V, EASTERN AIRLINES ET AL. C.D. Cal 76-1996 |
| | | CTO FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES |
| 7/22/76 | 23 | BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CTO w/ Cert of ser |
| | | service. |
| 8/9/76 | | E-31 MARY E. GEURIN V. U.S.A., S.D.FLA., C.A. NO. 76-691-Civ-JLK |
| | | PLAINTIFF NOTICE OF OPPOSITION FILED TODAY |
| 8/9/76 | | M. D. LOUISIANA |
| | | E-30 Joseph Dispenza, etc. v. U.S.A., C.A. No. 76-183 |
| | | W. D. LOUISIANA |
| | | E-33 Olin Corp. v. Eastern Airlines 760-646 |
| | | E-34 Olin Corp. v. Eastern Airlines, Inc. 760-700 |
| | | E-35 Wilson Arbo v. The Boeing Co 760-662 |
| | | E.D. LOUISIANA |
| | | E-32 Ronald Davis Vaughan v. U.S.A. 76 1856-B |
| | | C.D. CALIF. |
| | | Marie Chavez Andre v. Eastern Airlines CV76-1996F |
| | | C.T.Os final today., Notified counsel, involved judges |
| 8/12/76 | | F-1 D'AMELIO V. THE PORT AUTHORITY OF NY AND N.J., D. N.J., 76-1169 |
| | | F-2 HOROWITZ V. EASTERN, S.D.N.Y., 76 Civ. 3076 |
| | | F-3 MCCARTHY V. THE PORT AUTHORITY OF NY AND N.J., D.N.J., 76-1206 |
| | | F-4 mooney V. THE PORT AUTHORITY OF N.Y. AND N.J., D. N.J. 76-1205 |
| | | F-5 TOBACK V. THE PORT AUTHORITY OF N.Y. AND N.J. D. N.J. 76-1207 |
| | | F-6 CAPPIELLO V. THE PORT AUTHORITY OF N.Y. AND N.J., D.N.J. 76-1180 |
| | | F-7 CAPPIELLO V. THE PORT AUTHORITY OF N.Y. AND N.J., D. N.J., 76-1181 |
| | | F-8 LINDSAY V. THE BOEING CO., S.D.N.Y. 76 Civ. 3157 |
| | | CTOs filed today. Notified counsel, involved judges. |
| 8/20/76 | 24 | (E-31) MARY E. GEURIN V. U.S.A., S.D.FLA., 76-691-Civ.JLK |
| | | MOTION & BRIEF TO VACATE CTO from Plaintiff w/cert. of service |
| 8/30/76 | 25 | (E-31) GEURIN V.U.S.C., S.D.FLA, 76-691-Civ-JLK -- RESPONSE U.S.A. |
| | | w/cert. of service |
| 9/2/76 | 26 | (E-31) GUERIN -- Plaintiffs reply brief w/cert. of service |
| | | |

| Date | Pleading Number | |
|------|---------|---|

| Date | | |
|------|---|---|
| 9/1/76 | | HEARING ORDER -- Setting E-29 Lindsay v. Kleven, E.D.La.,76-1605 Sec. B. and E-31 Guerin, etc. v. U.S.A., S.D.Fla., 76-691-Civ-JLK for hearing, Oct. 1, 1976 San Francisco, Calif. |
| 8/30/76 | | F-1 Marilyn D'Amelio, etc. v. Port Authority of N.Y. and N.J. D. N.J., 76-1169 |
| | | F-2 Horowitz, etc. v. Eastern Airlines, S.D.N.Y., 76 Civ. 3076 |
| | | F-3 McCarthy, etc. v. Port Authority of N.Y. and N.J., D.N.J., 76-1206 |
| | | F-4 Mooney v. Port Authority of N.Y. and N.J., D. N.J., 76-1205 |
| | | F-5 Toback v. Port Authority of N.Y. and N.J., D. N.J., 76-1207 |
| | | F-6 Cappiello v. Port Authority of N.Y. and N.J., D. N.J., 76-1180 |
| | | F-7 Cappiello Port Authority of N.Y. and N.J., D. N.J., 76-1181 |
| | | F-8 Lindsay v. The Boeing Co., S.D.N.Y., 76Civ 3157 |
| | | CTOs final today.  Notified clerks, involved judges |
| 12/9/76 | | F-9 George J. Cappiello, Jr. etc. v. Eastern Airlines, Inc., et al. E. D. Pa. 76-3313 |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY, NOTIFIED INVOLVED COUNSEL AND INVOLVED JUDGES. |
| 12/14/76 | | ORDER--LIFTING STAY OF JULY 22, 1976 CONDITIONAL TRANSFER ORDER TRANSFERRING ACTION TO E.D. OF NEW YORK UNDER 28 U.S.C. §1407. |
| 12/27/76 | | F-9 Cappiello v. Eastern Airlines, Inc., et al. E.D. Pa. 76-3313 |
| | | CONDITIONAL TRANSFER FINAL TODAY, NOTIFIED  INVOLVED CLERKS & JUDGES. |
| 2/14/77 | | F-10 Odelia J. Jenkins, et al. v. United States of America, E.D.LA, 76-3871 Sec. B. |
| | | CONDITIONAL TRANSFER FILED TODAY.  NOTIFIED INVOLVED JUDGES, COUNSEL. |
| 3/2/77 | | F-10 Odelia J. Jenkins, et al. v. United States of America, E.D.LA, 76-3871 Sec. B. |
| | | CONDITIONAL TRANSFER FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 6/16/77 | | F-11 WILLIAM A. JENNINGS, ETC. V. EASTERN AIRLINES, INC., ET AL., N.D. CA., C.A. NO. C77-1123-RHS |
| | | F-12 WILLIAM A. JENNINGS, ETC. V. EASTERN AIRLINES, INC., ET AL, N.D. CA., C.A. NO. C77-1119-SW |
| | | CONDITIONAL TRANSFER FILED TODAY.  NOTIFIED INVOLVED COUNSEL & JUDGES. |
| 7/5/77 | | F-11 WILLIAM A. JENNINGS, ETC. V. EASTERN AIRLINES, INC., ET AL., N.D. CA., C.A. NO. C77-1123-RHS |
| | | F-12 WILLIAM A. JENNINGS, ETC. v. EASTERN AIRLINES, ET AL., N.D. CA., C.A. No. C77-1119-SW |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL |
| 7/20/77 | | E-29 Donald G. Lindsay, etc. v. Charlotte E. Kleven, et al., E. D. Louisiana, Civil Action No. 76-1605-Sec.  A |
| | | ORDER DEFERRING PANEL DECISION ON MOTION TO VACATE CONDITIONAL TRANSFER ORDER FILED TODAY. NOTIFIED INVOLVED CLERK, JUDGE, COUNSEL AND PANEL JUDGES. |

| Date | Pleading Number | |
|---|---|---|
| 9/13/77 | 27 | E-29 Lindsay, etc. v. Kleven, et al., E.D.LA., 76-1605 Sec. A -- MOTION FOR RECONSIDERATION, BRIEF, Exhibit A -- Defendants w/cert. of svc. |

| Date | Pleading Number | |
|------|------|------|
| 9/20/77 | | E-29  Lindsay, etc. v. Klevin, et al., E.D.LA., C.A.#76-1605-Sec. A |
| | | ORDER VACATING CTO FILED TODAY.  NOTIFIED INVOLVED CLERKS, JUDGES, |
| | | COUNSEL. |
| 9/21/77 | 28 | BRIEF -- Plaintiff Lindsay w/cert. of svc. |
| 9/22/77 | | F-13 Jennings v. Boeing, et al., N.D.CA., C.A.#C77-1120-WAI |
| | | F-14 Jennings v. Eastern Airlines,et al., N.D.CA., C.A.#C77-1122-WAI |
| | | CTO FILED TODAY, NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 10/7/77 | | F-13 Jennings V. Boeing, et al., N.D.CA., C.A.# C77-1120-WAI |
| | | F-14 Jennings v. Eastern Airlines, et al., N.D.CA., C.A.#C77-1122-WAI |
| | | CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES |
| 1/25/78 | | F-15 J. Barnwell Phelps v. The U.S.A., E.D. Louisiana,C.A.#77-1990 |
| | | CTO FILED TODAY.  Notified involved counsel and Judges (emh) |
| 3/6/78 | | F-16 William A. Jennings, etc. v. The Boeing Co., et al., N.D. Calif., |
| | | C.A. #C77-1121-CFP |
| | | CTO FILED TODAY.  Notified Involved counsel and Judges. (emh) |
| 3/22/78 | | F-16 William A. Jennings, etc. v. The Boeing Co., et al., N.C. Calif., |
| | | C.A. # C77-1121-CFP |
| | | CTO FINAL TODAY.  Notified involved Clerks and Judges (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 227 -- Air Crash Disaster at John F. Kennedy International Airport on June 24, 1975

| Date | Pleading Description |
|------|---------------------|
| 81/05/27 | CONDITIONAL REMAND ORDER FILED TODAY -- E-30 Dispenza, etc. v. U.S.A., E.D.N.Y., C.A.No. 76C1508 (M.D.La., 76-183) -- Notified involved counsel and judge.  (eaf) |
| 81/05/27 | SO ORDERED BY HON. HENRY BRAMWELL, USDJ, on MAY 1, 1981 FOR REMAND OF E-30 Dispenza.   (eaf) |
| 81/06/12 | CONDITIONAL REMAND ORDER FINAL TODAY -- E-30 Dispenza, etc. v. U.S.A., E.D.N.Y., 76 Civ 1508 (M.D. La., 76-183) -- NOTIFIED INVOLVED JUDGE AND CLERKS  (cds) |

## Description of Litigation

MDL DOCKET NO. 227 -- IN RE AIR CRASH DISASTER AT JOHN F. KENNEDY INTERNATIONAL AIRPORT ON JUNE 24, 1975

### Summary of Panel Action

Date(s) of Hearing(s) 10/29/75  10/1/76

Date(s) of Opinion(s) or Order(s) 2/4/76

Consolidation Ordered __xx__   Name of Transferee Judge  HENRY BRAMWELL

Consolidation Denied ____   Transferee District  EASTERN DISTRICT OF NEW YORK

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Joseph Dispenza, etc. v. Eastern Airlines, et al. | E.D.La | 75-2412 | 2/4/76 | 76 C 236 | 2/13/81 | ✓ |
| A-2 | Ernest Glenn Windbourne v. Eastern Air Lines, Inc., et al. | E.D.La | 75-2715 | 2/4/76 | 76 C 237 | 5/15/81 | |
| A-3 | Berlin Ladner, etc. v. Eastern Air Lines, Inc., | S.D.Miss | S75-153(n) | 2/4/76 | 76 C 243 | 7/2/79 | |
| A-4 | Bernice Wolff Norman, etc. v. Eastern Air Lines, Inc. et al. | S.D.N.Y. | 75 Civ. 3221 | 2/4/76 | 76 C 245 | 9/25/79 | |
| A-5 | Marilyn F. D'Amelio, etc. v. Eastern Air Lines, Inc., et al. | S.D.N.Y. | 75 Civ. 3743 | 2/4/76 | 76 C 346 | 12/78 | |
| A-6 | Rosemary W. McCarthy, etc. v. Eastern Air Lines, Inc., et al. | S.D.N.Y. | 75 Civ. 3790 | 2/4/76 | 76 C 247 | 5/19/82 D | |
| A-7 | Efstratios Stratis v. Eastern Airlines, Inc. | E.D.N.Y. | 75 C 1151 | | | closed | |
| A-8 | Arthur Marchesi and Nancy Marchesi v. Eastern Air Lines, Inc., et al. | E.D.N.Y. | 75 Civ 1218 | | | 1/14/81 D | |
| A-9 | Arthur Marchesi and Nancy Marchesi etc. v. Eastern Air Lines, Inc., et al. | E.D.N.Y. | 75 Civ. 1451 | Dism. | | 9/23/75 | |

Note:  S.D.N.Y. Actions assigned to J. Pierce

DOCKET NO. 227  (CONTINUED)                                        PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Grigorios Georgakis v. Eastern Air Lines, Inc., et al. | E.D.N.Y. | 76 Civ 1511 | ✓ | | 4/21/81 | |
| A-11 | Arthur D. Marchesi v. Eastern Air Lines, Inc. | E.D.N.Y. | 75 Civ. 1196 | DISM | | 4/26/76 | |
| B-1 | Ann Toback, etc. v. Eastern Air Lines, v. U.S.A. | S.D.N.Y. | 75 Civ. 3582 | 2/4/76 | 76 C 248 | 12/78 | |
| B-2 | John R. Cassata et ux v. Eastern Air Lines, Inc. | S.D.N.Y. | 75 Civ. 4607 | 2/4/76 | 76 C 249 | 4/79 | |
| B-3 | Luigi Simon Behar Gabay v. Eastern Air Lines, et al. | S.D.N.Y. | 75 Civ. 4701 | 2/4/76 | 76 C 250 | 4/29/81 | |
| B-4 | Tierney A. O'Rourke, etc. v. Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4702 | 2/4/76 | 76 C 251 | 1/23/81 | |
| B-5 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4703 | 2/4/76 | 76 C 252 | 8/1/79 | |
| B-6 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4704 | 2/4/76 | 76 C 253 | 8/1/79 | |
| B-7 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4705 | 2/4/76 | 76 C 254 | 1/22/81 | |
| B-8 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ 4706 | 2/4/76 | 76 C 255 | 5/15/81 | |
| B-9 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4707 | 2/4/76 | 76 C 256 | 4/27/82 | |
| B-10 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4708 | 2/4/76 | 76 C 257 | 7/14/81 | |
| | ~~Sylvia Lois Gilvia, etc. v. Eastern Airlines~~ | ~~S.D.N.Y.~~ | ~~75 Civ. 0575~~ | | | | |

DOCKET NO. _227_ (CONTINUED)                                                      PAGE _3_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4709 | 2/4/76 | 76 C 258 | 04/18/83D | ✓ |
| B-12 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4710 | 2/4/76 | 76 C 259 | 4/29/83D | |
| B-13 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4711 | 2/4/76 | 76 C 260 | 1/14/81D | |
| B-14 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4712 | 2/4/76 | 76 C 261 | 1/22/81D | transfr to E |
| B-15 | Tierney A. O'Rourke, etc. v Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4713 | 2/4/76 | 76 C 262 | 1/22/81D | |
| C-1 | Florence Cathy Lepetit v. Eastern Air Lines | E.D.La. | 75-2412 2203 | 2/4/76 | 76 C 238 | 8/30/79 | ∿L |
| C-2 | Linda Arely-Alas Darocha v. Eastern Air Lines | E.D.La. | 75-2049 | 2/4/76 | 76 C 239 | 2/4/80 | |
| C-3 | Sidney C. Schoenberger, et al. v. Eastern Air Lines, et al. | E.D.La. | 75-2716 | 2/4/76 | 76 C 240 | 7/10/79 | |
| C-4 | Mrs. Evelyn H. Domangue, et al. v. Eastern Air Lines, et al. | E.D.La. | 75-3006 | 2/4/76 | 76 C 241 | Closed | |
| C-5 | Millard G. Boyer, et al. v. Eastern Air Lines, et al. | E.D.La. | 75-3163 | 2/4/76 | 76 C 242 | 7/25/79 | |
| C-6 | Frederick F. Boye v. Eastern Air Lines ~deleted~ | E.D.La. | 75-3066 | | | | |

DOCKET NO. 227 (CONTINUED)                                              PAGE 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-1 | Tierney A. O'Rourke, etc. v. Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4714 | 2/4/76 | 76 C 263 | 1/22/81 D | |
| D-2 | TierneyA. O'Rourke, etc. v. Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4715 | 2/4/76 | 76 C 264 | 1/22/81 D | |
| D-3 | TierneyA. O'Rourke, etc. v. Eastern Airlines, Inc., et al. | S.D.N.Y. | 75 Civ. 4875 | 2/4/76 | 76 C 265 | reassigned to N.Y.S 5/5/82 | |
| D-4 | Kathleen G. Mattingly, etc. v. Eastern Airlines, Inc., | S.D.N.Y. | 75 Civ. 5008 | 2/4/76 | 76 C 266 | 1/22/81 D | |
| D-5 | Marjorie DeMario, etc. v. Eastern Airlines, Inc. | S.D.N.Y. | 75 Civ. 5009 | 2/4/76 | 76 C 267 | Closed | |
| D-6 | Gracie Earline Searls Farmer, et al. V. Eastern Airlines, Inc., et al. | S.Miss. | S75-212(C) | 2/4/76 | 76 C 244 | 10/78 | |
| XYZ-1 | Joseph Andre, etc. v. Eastern Airlines, Inc,, et al. | E.D.N.Y. | 75C 1970 | | | 7/9/79 | |
| XYZ-2 | Paul McLin, etal. v. Eastern Airlines | E.D.N.Y. | 75C1969 | | | 7/9/79 | |
| XYZ-3 | William A. Jennings, etc. v. The Boeing Co., et al. | E.D.N.Y. | 76C468 | | | 1/28/81 D | |
| XYZ-4 | William A. Jennings, etc. v. The Boeing Co., et al. | E.D.N.Y. | 76C467 | | | 1/28/81 D | |
| XYZ-5 | William A. Jennings, etc. v. Eastern Airlines, Inc., et al. | E.D.N.Y. | 76C466 | | | 1/26/81 D | |
| XYZ-6 | William A. Jennings, etc. v. Eastern Airlines, Inc., et al. | E.D.N.Y. | 76C465 | | | 4/26/81 D | |
| XYZ-7 | William A. Jennings, etc. v. Eastern Airlines, Inc., et al. | E.D.N.Y. | 76C464 | | | 4/26/81 D, 1/22/81 D | |
| XYZ-8 | Mary Sue Mudd Herring v. Eastern Airlines, Inc., | E.D.N.Y. | 76C637 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-1 | Ann Donnally Bradford Calvit, et al. v. Eastern Airlines, Inc., et al. 2-11-76 | W.D.La. | CI75-1294 | 2/26/76 | 76 C 454 | 7/9/79 | |
| E-2 | Marguetire Duardi Jacobson, et al. v. Eastern Airlines, Inc., et al. 2-11-76 | W.D.La | CI75-1283 | 2/26/76 | 76 C 455 | 7/6/79 | |
| E-3 | Alice Hargrove Young, et ux v. Eastern Airlines, Inc. 2-11-76 | W.D.La | CI75-1284 | 2/26/76 | 76 C 456 | 7/10/79 | |
| E-4 | Robert F. Mahfoud, et al. v. Eastern Airlines, Inc. et al. 2-11-76 | W.D.La | CI75-1292 | 2/26/76 | 76 C 457 | or Remand | |
| E-5 | Amelie Landry Walmsley, et al. v. Eastern Airlines, Inc., et al. 2-11-76 | E.D.La. Hebee | 76-183 | 2/26/76 | 76 C 458 | 7/11/79 | |
| E-6 | Arlene Ann Thrun Drapanas, etc. v. Eastern Airlines, Inc., et al. 2-11-76 | E.D.La. Gordon | 75-3428 | 2/26/76 | 76 C 459 | 1/14/81 D | |
| E-7 | Norma V. Del Valle Da Rocha, etc. v. Eastern Airlines, et al. 2-11-76 | E.D.La. Hecebe | 75-3517 | 2/26/76 | 76 C 460 | ] closed | trans La. E |
| E-8 | Peter Joseph Caldarea, Jr., etc. v. Eastern Airlines, Inc., et al. 2-11-76 | E.D.La. Hebee | 75-3521 | 2/26/76 | 76 C 461 | 2/13/81 | |
| E-9 | Silvia Lois Silvia, etc. v. Eastern Airlines, Inc. 2-11-76 | S.D.N.Y. (Pierce) | 75 Civ. 5375 | 2/26/76 | 76 C 462 | 1/23/8 D | |
| E-10 | Nellie Curtis Page, etc. v. Eastern Airlines, Inc. 2/19/76 | E.D.La. | 76-150 Section D. | 3/5/76 | 76 C 463 | 7/5/79 | trans to E |
| E-11 | Maunsel W. Hickey, etc. v. Eastern Air Lines, et al. | E.D.La. mitchell | 76-237 Section D | 3/22/76 | 76 C 573 | 2/13/81 | trans La. E |
| E-12 | Edgar A. G. Bright, Jr., etc. v. Eastern Airlines, Inc., et al. 3/8/76 | E.D.La. mitchell | 76-0236 Section F | 3/22/76 | 76 C 572 | 2/13/81 | trans to E |
| E-13 | George J. Cappiello, Jr., etc. v. Eastern Airlines, Inc., et al. 3/8/76 | E.D.Pa. Bechtle | 76-80 | 3/22/76 | 76 C 575 | 10/26/79 | |
| E-14 | George J. Cappiello, Jr., etc. v. Eastern Airlines, Inc., et al. 3/8/76 | E.D.Pa. | 76-81 | 3/22/76 | 76 C 574 | 10/26/79 | |

DOCKET NO. 227___ (CONTINUED)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-14 | Marianne K. Davis, etc. v. Eastern Airlines, Inc. 3/8/76 | S.D.N.Y Lasker | 75 Civ. 6241 | 5/21/76 | 76-571 | 9/28/78 | |
| E-15 | Alfreda White Gehrkin, et al. v. Eastern Airlines, Inc.,et al. | E.D.La. Boyle | 76-631 Sec. G(D) | 3/31/76 | 76C638 | 7/12/79 | ✓ trans to fate |
| E-16 | Harold H. Stream, II et ux. v. Eastern Airlines, Inc., et al. 3/26/76 | E.D.La. Mitchell | 76-810 Sec. F | 4/12/76 | 76C711 | 2/13/81 | |
| E-17 | Nell B. Noland, et al v. Eastern Airlines, Inc. 4/1/76 | MD.La. | 76-58 | 4/19/76 | 76C736 | 12/8/79 | |
| E-18 | Miriam Viosca et al v. Eastern Airlines et al 4/18/76 | E.D.La. Gordon | 76-918 | 4/23/76 | 76C758 | 12/78 | |
| XYZ-8 | Robert Hoefler v. U.S.A. etal. | E.D.N.Y. Bramwell | 76-570 | | | 8/18/83 | |
| XYZ-9 | Mary Hansen, et al.v. Eastern Airlines | ED N.Y. BRAMWELL | 76C563 | | | closed | |
| E-19 | Jack Herbert Porche, et al. v. Eastern Airlines 7/19/83 | E.D. LA. Boyle | 76-1021 Sec.D. | 4/30/76 | 76C808 | 8/30/79 | |
| E-20 | Mrs. Marcelle Baron, et al. v. Eastern Airlines, Inc., et al. 4/11/76 | E.D.La. | 76-1022 Sec.F | 4/30/76 | 76C807 | 7/10/79 | |
| E-21 | Patricia A. DeRudder, et al. v. Eastern Airlines, Inc. 9/30/76 | S.D. Indi | IP76-132-C | 5/17/76 | 76C912 | 5/10/79 | |
| E-22 | Janine Millas v. Eastern Airlines, Inc., et al. 5-10-76 | E.D.La. Mitchell | 76-1209 Sec. F | 5/26/76 | 76C1014 | 3/3/81 | |
| XYZ-10 | Robert Hoefler v. TheBoeing Co., | E.D.N.Y. | 77C982 | | | 2/18/83 | |

DOCKET NO. 227 (CONTINUED)  PAGE ___7___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-23 | Joseph Andre v. Eastern AirLines et al. *5/17/76* | M.D. La West | 76-123 | 6/1/76 | 76 C 1017 | 7/9/79 | |
| E-24 | Paul McLin et al. v. Eastern Air Lines, et al. *5/17/76* | M.D. La West | 76-124 | 6/1/76 | 76 C 1018 | 7/9/79 | |
| E-25 | Michael Lee Van Winkle, et al. v. Eastern Airlines, Inc., et al. *Heebe* *6/8/76* | E.D.La. | 76-1208-Sec B | 6/14/76 | 76 C 1117 | 10/26/78 | |
| E-26 | Naomi R. Hedrick, etc. v. Eastern Airlines, Inc., et al. *6/14/76* | E.D.La. Rubin | 76-1528 Sec. C | 6/30/76 | 76 C 1298 | 8/29/79 | |
| E-27 | Ronald Davis Vaughan v. Eastern Air Lines, Inc., et al. *6/14/76* | E.D.La. Gordon | 76-1541 Sec I | 6/30/76 | 76 C 1279 | 10/78 | *Dism 11/76* |
| E-28 | Hughetta L. Counts, etc. v. Eastern Air Lines, Inc., et al *6/14/76* | E.D.La Heebe | 76-1617 Sec B | 6/30/76 | 76 C 1280 | 10/15/79 | *(X12-75)* |
| E-29 | Donald G. Lindsay, etc. v. Charlotte E. Bryan, et al *opposed 6/14/77* | E.D. La Heebe | 76-1605 Sec. A | | | | |
| XYZ-1 | Tierney A. O'Rourke, etc. v. Eastern Airlines, et al. | E.D.N.Y. Bramwell | 76C 1022 | | | 9/15/81 | *Wash case miscounted* |

DOCKET NO. ___227___ (CONTINUED)                    PAGE __8__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-30 | Joseph Dispenza, etc. v. United States of America | M.D.La. West | 76-183 | 8/9/76 | 76 C1508 | 6/2/81 R | 9 |
| E-31 | Mary E. Guerin, etc. v. United States of America | S.D.Fla King | 76-691-Civ-JLK | 2/4/76 | 76 C 2275 | 8/19/82 | ✓ |
| E-32 | Ronald Davis Vaughan v. United States of America | E.D.La Heebe | 76-1856 B | 8/9/76 | 76 C1509 | 10/78 | |
| E-33 | Olin Corporation v. Eastern Airlines Inc. et al. | W.D. La. | CV76-0646 | 8/9/76 | 76 C1510 | 11/5/79 | |
| E-34 | Olin Corporation v. Eastern Airlines, Inc. et al. | W.D. La | 76-0700 | 8/9/76 | 76 C1511 | 11/5/79 | |
| E-35 | Wilson Arbo v. The Boeing Company et al. | W.D. La | 76-0662 | 8/9/76 | 76 C1512 | 3/4/81 | |
| E-36 | Marie Chavez Andre v. Eastern Airlines et al. | C.D. Cal | 76-1996 | 8/9/76 | 76 C1513 | 3/4/81 | |
| F-1 | Marilyn F. D'Amelio, etc. v. The Port Authority of New York and New Jersey  8/12/76 | D. N. J. Lacey | 76-1169 | 8/30/76 | 76 C 1634 | 4/27/82 D | |
| F-2 | Mary B. Horowitz, etc. v. Eastern Airlines, Inc.  12/76 | S.D.N.Y. Ward | 76Civ 3076 | 8/30/76 | 76 C 1640 | transferred to S.D.N.Y. 5/18/82 | |
| F-3 | Rosemary W. McCarthy, etc. v. The Port Authority of New York and New Jersey  8/12/76 | D. N.J. Lacey | 76-1206 | 8/30/76 | 76 C 1635 | 2/26/81 | |
| F-4 | Mary E. Mooney v. The Port Authority of New York and New Jersey  8/12/76 | D.N.J. Lacey | 76-1205 | 8/30/76 | 76 C 1636 | 4/11/83 | |
| F-5 | Ann Toback, etc. v. The Port Authority of New York and New Jersey  8/12/76 | D. N.J. Lacey | 76-1207 | 8/30/76 | 76 C 1637 | 2/26/81 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| F-6 | George J. Cappiello, Jr., etc. v. The Port Authority of New York and New Jersey  8/12/76 | D. N.J | 76-1180 | 8/30/76 | 76 C 1638 | 2/3/81 | |
| F-7 | Goerge J. Cappiello, Jr., etc. v. The Port Authority of New York and New Jersey  8/12/76 | D. N.J. | 76-1181 | 8/30/76 | 76 C 1639 | 1/14/82 D | |
| F-8 | ~~Kenxixxn~~ Donald G. Lindsay, etc. v. The Boeing Co, et al.  8/12/76 | S.D.N.Y. Canella | 76 Civ 3157 | 8/30/76 | 76 C 1641 | 2/25/82 D | |
| | | | *Oct. 1,1976 — 75 Tr — 16 XX2 — 91 TOTAL* | | | | |
| F-9 | George J. Cappiello, Jr. etc. v. Eastern Airlines, Inc., et al.  12/9/76 | E.D. PA. Luongo | 76-3313 | 12/21/76 | | 10/26/79 | |
| F-10 | Odelia J. Jenkins, et al. v. United States of America  2/14/77 | E.D.LA. Heebe | 76-3871 | 3/2/77 | 77 C 451 | 3/79 | |
| | | | *7/1/77 — 72 C2 — 16 XX2 — 93 TOTAL* | | | | |
| F-11 | William A. Jennings, etc. v. Eastern Airlines, Inc., et al.  6/15/77 | N.D.Cal Schnacke | C77-1123-RHS | 7/5/77 | 77 C 1410 | 1/26/81 D | |
| F-12 | William A. Jennings, etc. v. Eastern Airlines, Inc., et al.  6/15/77 | N.D. Cal Williams | C77-1119SW | 7/5/77 | 77 C 141 | 11/19/83 | |
| F-13 | William A. Jennings v. The Boeing Co., et al.  9/22/77 | N.D.CAL. Ingram | C77-1120-WAI | 10/7/77 | 77 C 2049 | 1/28/81 D | |
| F-14 | William A. Jennings v. Eastern Airlines, Inc., et al.  9/22/77 | N.D.CAL. Ingram | C77-1122-WAI | 10/7/77 | 77 C 2050 | 1/26/81 D | |
| F-15 | J. Barnwell Phelps v. The United States of America  1/25/78 | E.D. LA Mitchell | 77-1990 | 2/13/78 | 78 C 368 | 3/3/81 D | |
| F-16 | William A. Jennings, etc. v. The Boeing Co., et al. | N. Cal. Poole | C77-1121-CFP | 3/22/78 | 78-C-682 | 2/13/81 D | |
| | *July 1978 — 83 TR / 14 XX2 / 2 DIS / 98 Pdg.* | | | | | | 4 |

DOCKET NO. 227 -- IN RE AIR CRASH DISASTER AT JOHN F. KENNEDY INTERNATIONAL AIRPORT ON JUNE 24, 1975

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-12 | McLin v. Eastern | E.D.N.Y. | 75C1969 | | | 7/9/79 | |
| XYZ-13 | Chiasson v. Eastern | E.D.N.Y. | 75C1994 | | | 6/25/79 | |
| XYZ-14 | Georgakis v. Eastern | E.D.N.Y. | 75C147 | | | 3/10/81 | |
| XYZ-15 | Craddock v. Eastern | E.D.N.Y. | 76C644 | | | 1/22/81 | |
| XYZ-16 | Hedrick v. Eberhart | E.D.N.Y. | 76C956 | | | 9/6/79 | |
| XYZ-17 | McCullough v. Eastern | E.D.N.Y. | 76C967 | | | 8/19/83 | |
| XYZ-18 | Davis v. U.S.A. | E.D.N.Y. | 76C999 | | | closed | |
| XYZ-19 | O'Rourke v. Eastern | E.D.N.Y. | 76C1023 | | | closed | |
| XYZ-20 | O'Rourke v. Eastern | E.D.N.Y. | 76C1024 | | | closed | |
| XYZ-21 | O'Rourke v. Eastern | E.D.N.Y. | 76C1025 | | | 4/2/84 | |
| XYZ-22 | Cassata v. Eastern | E.D.N.Y. | 76C1120 | | | 2/13/81 | |
| XYZ-23 | Drapans v. Eastern | E.D.N.Y. | 76C1134 | | | 1/3/81 | |
| XYZ-24 | Bright v. Eastern | E.D.N.Y. | 76C1149 | | | 3/3/81 | |
| XYZ-25 | Hickey v. Eberhart | E.D.N.Y. | 76C1150 | | | 3/11/81 | |
| XYZ-26 | Noland v. Port Authority | E.D.N.Y. | 76C1151 | | | 3/11/81 | |

JBML FORM 1 -- Continuation ☉                    Listing of Involved Actions -- p. 11

DOCKET NO. __227__ -- IN RE AIR CRASH DISASTER AT JOHN F. KENNEDY INTERNATIONAL AIRPORT ON
                          June 24, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-27 | Norman v. Boeing | E.D.N.Y. | 76Cl155 | | | 2/13/81 | |
| XYZ-28 | Schdenberger v. Port Authority | E.D.N.Y. | 76Cl156 | | | 3/3/81 | |
| XYZ-29 | Ladner v. Port Authority | E.D.N.Y. | 76Cl157 | | | 3/3/81 | |
| XYZ-30 | Winbourne v. Port Authority | E.D.N.Y. | 76Cl158 | | | 5/15/81 | |
| XYZ-31 | Domangue v. Port Authority | E.D.N.Y. | 76Cl159 | | | 5/15/81 | |
| XYZ-32 | Lepetit v. Kleven | E.D.N.Y. | 76Cl160 | | | 3/3/81 | |
| XYZ-33 | Boyer v. Port Authority | E.D.N.Y. | 76Cl161 | | | 7/6/79 | |
| XYZ-34 | Andre v. Port Authority | E.D.N.Y. | 76Cl162 | | | 3/4/81 | |
| XYZ-35 | Dispenza v. Port Authority | E.D.N.Y. | 76Cl163 | | | 3/4/81 | |
| XYZ-36 | Caldarera v. Port Authority | E.D.N.Y. | 76Cl168 | | | 1/29/81 | |
| XYZ-37 | Stream v. Port Authority | E.D.N.Y. | 76Cl169 | | | 1/29/81 | |
| XYZ-38 | Kleven v. Collins | E.D.N.Y. | 76Cl170 | | | 2/27/81 | |
| XYZ-39 | Kleven v. U.S.A. | E.D.N.Y. | 76Cl171 | | | 4/20/82 | |

DOCKET NO. 227 -- IN RE AIR CRASH DISASTER AT JOHN F. KENNEDY INTERNATIONAL AIRPORT ON JUNE 24, 1975

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-40 | Phelps v. Port Authority | E.D.N.Y. | 76C1173 | | | 2/13/81 | |
| XYZ-41 | DeRudder v. Port Authority | E.D.N.Y. | 76C1179 | | | 2/13/81 | |
| XYZ-42 | Schdenberger v. Eastern | E.D.N.Y. | 76C1180 | | | 7/10/79 | |
| XYZ-43 | Porche v. Port Authority | E.D.N.Y. | 76C1182 | | | 9/6/79 | |
| XYZ-44 | Baron v. Port Authority | E.D.N.Y. | 76C1183 | | | 7/6/79 | |
| XYZ-45 | Henry v. Eberhart | E.D.N.Y. | 76C1184 | | | 7/17/79 | |
| XYZ-46 | Gehrkin v. Port Authority | E.D.N.Y. | 76C1185 | | | 7/6/79 | |
| XYZ-47 | Darocha v. Port Authority | E.D.N.Y. | 76C1188 | | | 3/3/81 | |
| XYZ-48 | DeAlban v. Port Authority | E.D.N.Y. | 76C1189 | | | 3/3/81 | |
| XYZ-49 | Hansen v. Port Authority | E.D.N.Y. | 76C1193 | duplicate listing | | | ol |
| XYZ-50 | Guenther v. Eastern | E.D.N.Y. | 76C1200 | | | 7/25/79 | |
| XYZ-51 | Marchesi v. U.S.A. | E.D.N.Y. | 76C1517 | | | 1/14/81 | |
| XYZ-52 | Guenther v. Eberhart | E.D.N.Y. | 76C1572 | | | 7/6/79 | |
| XYZ-53 | Jacobson v. Rockwell Internationl | E.D.N.Y. | 76C991 | | | 5/29/79 | |

JBML FORM 1 -- Continuation ®

DOCKET NO. 227 -- IN RE AIR CRASH DISASTER AT JOHN F. KENNEDY INTERNATIONAL AIRPORT ON June 24, 1975

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-54 | Young v. Rockwell International | E.D.N.Y. | 77C992 | | | 5/29/79 | |
| XYZ-55 | Berlind v. U.S.A. | E.D.N.Y. | 77C1005 | | | 4/21/80 | |
| XYZ-56 | Mahfoud v. Rockwell International | E.D.N.Y. | 77C1263 | | | 3/3/81 | |
| XYZ-57 | Donnally v. Rockwell International | E.D.N.Y. | 77C1264 | | | 7/6/79 | |
| XYZ-58 | Mooney v. U.S.A. | E.D.N.Y. | 77C1308 | | | 4/11/83 | |
| XYZ-59 | 1st National Bank of Boston v. U.S.A. | E.D.N.Y. | 77C1899 | | | 4/28/81 | |
| XYZ-60 | Dundee Shipping v. Eastern | E.D.N.Y. | 78C1283 | | | 1/26/81 | |

July 1980 — 84 TR / 66 XYZ / 56 Dis / 9 Pdg.
July 1981 — 84 TR / 66 XYZ / 122 Dis / 1 Rem / 27 Pdg
July 1982 — " " / 130 Dis / " / 19 Pdg
July 1983 — " " / 144 Dis / 5 Pdg
July 1984 — 4 Dis / 1 Pdg (XYZ-11)
July 1985 — Litigation Terminated

p.   1

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 227  --   IN RE AIR CRASH DISASTER AT JOHN F. KENNEDY INTERNATIONAL

AIRPORT ON JUNE 24, 1975

| Plaintiff | Defendant |
|---|---|
| PLAINTIFFS LIAISON COUNSEL<br>Milton G. Sincoff, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York  10016<br><br>Frank H. Granito, Jr., Esquire<br>Speiser and Krause<br>200 Park Avenue<br>New York, New York 10048 | DEFENDANTS LIAISON COUNSEL<br><br>EASTERN AIR LINES,<br>ESTATE OF EBERHART AND KLEVEN<br>AND UNITED STATES AVIATION UNDERWRITERS,<br>   INC.<br>Walter E. Rutherford, Esquire<br>Haight, Gardner, Poor & Havens<br>One State Street Plaza<br>New YOrk, New York  10004<br><br>THE BOEING CO.<br>Benjamin E. Haller, Esquire<br>Hill, Betts & Nash<br>One World Trade Center<br>New York, New York  10048<br><br>UNITED STATES OF AMERICA<br>Herbert L. Lyons, Esquire<br>Chief, Aviation Unit<br>Civil Division<br>U. S. Department of Justice<br>Room 909<br>Safeway Building<br>Washington, D. C.  20530<br><br>           and<br><br>David G. Trager, Esquire<br>United States Attorney<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York  11201<br><br>PORT AUTHORITY OF NEW YORK<br>AND NEW JERSEY<br>Francis Curley, Esquire<br>The Port Authority of<br>New York and New Jersey<br>One World Trade Center<br>New York, New York  10048 |

p. _____

| Plaintiff | Defendant |
|---|---|
| DONALD G. LINDSAY   (E-29)<br>James E. Blazek, Esquire<br>Adams & Reese<br>4500 One Shell Square<br>New Orleans, La.   70139 | GEORGE ROBINETTE (E-29 Deft)<br>3400 Kent Avenue   *Corr. Returned*<br>Apt. K204<br>Kenner Louisiana |
| MARY E. GEURIN   (E-31)<br>Aaron Podhurst, Esquire<br>Podhurst, Orseck & Parks<br>1201 City National Bank Bldg.<br>25 West Flagler Street<br>Miami, Florida 33130 | COLLINS RADIO<br>Mendes & Mount<br>27 William Street<br>New York, New York   10005 |
| ODELIA J. JENKINS, ET AL. (F-10)<br>Jack C. Benjamin, Esq.<br>Kierr, Gainsburgh, Benjamin, Fallon<br>  & Lewis<br>1718 First NBC Building<br>New Orleans, Louisiana 70112 | OLIN CORPORATION<br>Lester, Schwab, Katz & Dwyer<br>77 Water Street<br>New York, New York   10005 |
| WILLIAM A. JENNINGS, ETC.  (F-11)(F-12)(F-13)(F-14)<br>William A. Jennings, Esquire<br>1530 Meridian Ave<br>Suite 301<br>San Jose, CA 95125 | WILLIAM A. JENNINGS (F-16)<br>Willaim A. Jennings, Esq.<br>1530 Meridiaian Ave. #301<br>San Jose, CA   95125 |
| John Chevalier, Esq.<br>1650 South Pacific Coast Highway<br>Suite 214<br>Redondo Beach, CA   90277 | John Chevalier, Esq.<br>1650 S. Pacific Coast Highway #214<br>Redondo Beach, CA   90277 |
| J. BARNWELL PHELPS (F-15)<br>Phillip A. Wittmann, Esq.<br>Stone, Pigman, Walther, Wittman<br>  & Hutchinson<br>1000 Whitney Bank Building<br>New Orleans, La.   70130 | |

**ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | MARILYN F. D'AMELIO, ETC. (F-1)<br>ROSEMARY W. McCARTHY, ETC. (F-3)<br>MARY E. MOONEY (F-4)<br>ANN TOBACK, ETC. (F-5)<br>Marc E. Grossman, Esquire<br>Geoghan, Tutrone & Grossman<br>7900 Kennedy Boulevard<br>North Bergen, New Jersey   07047 | CRO Filed<br><br>JOSEPH DISPENZA (E-30)<br>Dennis A. Pennington, Esquire<br>Spedale, Sanders & Pennington<br>2847 Plank Road<br>Baton Rouge, Louisiana   70805 |
| | MARY B. HOROWITZ, ETC. (F-2)<br>Phil E. Gilbert, Jr., Esquire<br>Gilbert, Segall and Young<br>430 Park Avenue<br>New York, New York   10022 | |
| | GEORGE J. CAPPIELLO, JR., ETC. (F-6)<br>GEORGE J. CAPPIELLO, JR., ETC. (F-7)<br>Francis J. Dooley, Jr., Esquire<br>300 Main Street<br>Orange, New Jersey   07050<br><br>Edward M. Katz, Esquire<br>Phillips & Cappiello<br>346 West 17th Street<br>New York, New York   10011 | |
| | PORT AUTHORITY OF NEW YORK<br>  AND NEW JERSEY<br>Francis Curley, Esquire<br>Philip. A. Maurer, Esquire<br>Port Authority of New York<br>  and New Jersey<br>1 World Trade Center<br>New York, New York   10048 | |
| | DONALD LINDSAY, ETC. F-8)<br>Seth Rosner, Esquire<br>Rosner, Rosner & McEvoy<br>6 East 43rd Street<br>New York, New York   10017 | |
| | GEORGE J. CAPPIELLO, JR. (F-9)<br>Arnold Levin, Esq.<br>2d Fl. Rohm & Haas Building<br>Philadelphia, Pa. 19106 | |

JP Form 3

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 227 -- IN RE AIR CRASH DISASTER AT JOHN F. KENNEDY INTERNATIONAL
dc                AIRPORT ON JUNE 24, 1975

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| EASTERN AIR LINES, INC. ✓ | E E-21 E-22 E-23 E-24 E-25 E-26 E-27 E-29 E-33, E-34, E-36 F-2 F-11 F-14 |
| UNITED STATES OF AMERICA | A-4 A-5 A-6 E-11 E-2 E-4 E-5 E-6 F-7 E-8 E-22 E-36 F-10 F-11 F-14 F-13 F-15 |
| THE BOEING COMPANY | A-1 A-2 A-8 A-10 E-3 E-2 E-1 E-4 E-15 E-16 E-19 E-20 E-22 E-23 E-24 E-25 E-26 E-28 E-27 E-33 E-34 E-35 E-36 F-8 F-11 F-13 F-16 |
| JOHN H. REED, CHMN. NTSB | A-9 |
| L. M. THAYER, CHMN. BD. OF INQUIRY | A-9 |
| THE NATIONAL TRANS. SAFETY BOARD. | A-9 |
| 727 Div. Boeing | A-8 A-10 E-35 |
| Eugene S. Eberhardt ✓ | B-3 B-4 B-5 B-6 B-7 B-8 B-9 B-10 A-11 B-12 B-13 B-14 B-15 F-1 F-2 F-36 E-14 E-18 E-19 E-20 E-27 E-29 F-11 F-14 |
| F.A.A., USA | C-1 C-2 E-25 E-30 E-31 E-32 E-33 E-34 E-16 |
| Charlotte Klever ✓ | E-1 E-2 E-4 E-18 E-19 E-20 E-23 E-24 E-27 E-29 F-11 |

| U.S. Aviation Underwriters | E-2  E-4  E-19  E-20  E-23  E-24  E-26  E-27  E-29  E-36  F-11  F-14 |
| Port Authority of NY & N.J. | (E-1)  (E-2)  (E-22)  E-25  E-33  E-34  F-1  F-3  F-4  F-5  F-6  F-7  F-11  F-13  F-14  F-16 |
| XYZ Instrument Mfg. Co. | E-25  E-33  E-34 |
| George Labinate | E-29 |
| Collins Radio Inc. | E-36  F-8  F-11  F-13  F-14  F-16 |
| | |
| | |
| | |
| | |
| | |
| | |